```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARYSA V. GOLUBOVYCH,

        Plaintiff,

-against-

SAKS 5TH AVENUE, INC.,

        Defendant.

1:22-cv-9923-MKV

ORDER

---

**MARY KAY VYSKOCIL**, United States District Judge:

    It has come to the Court's attention that there are two separate actions pending in the Southern District of New York against Saks 5th Avenue, Inc.—this action and Case No. 22-cv-09925-AT-BCM. The Court admonishes Plaintiff Golubovych that these cases are **not related** and are assigned to **different judges**. Accordingly, filings should be made *separately* and in the appropriate case. Documents for unrelated cases should not be filed together.

**SO ORDERED.**

Date:  December 13, 2023
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**