```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARYSA V. GOLUBOVYCH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>SAKS 5TH AVENUE, INC.,<br><br>　　　　　　　　　Defendant. | 1:22-cv-9923-MKV<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

　　　　The Court held a status conference in this action on March 5, 2025. At this conference the Court disclosed knowing, in a limited professional capacity, Daniel Tabak who is newly representing Plaintiff as pro bono counsel in this action. The Court made clear that this in no way would impact the Court's ability to preside over this action. Counsel for Defendant stated that they had no concerns or question about the Court's disclosure. The parties also discussed the updated Civil Case Management Plan, including upcoming discovery deadlines and the parties' positions on possible Alternative Dispute Resolution mechanisms. Accordingly,

　　　　IT IS HEREBY ORDERED that on or before March 7, 2025 at 5:30 PM Counsel for Defendant shall file a letter on the docket if Counsel has any concerns or questions regarding the Court's disclosure.

　　　　IT IS FURTHER ORDERED that on or before March 20, 2025 the parties shall file a joint letter on the docket advising the Court on the status, not substance, of any settlement negotiations and the parties' positions on the need for and timing of any Alternative Dispute Resolution mechanisms.

　　　　**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or**

the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.

**SO ORDERED.**

Date:  March 6, 2025
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**